(1" from top of page, and centered,
begin title of Court)

## UNITED STATES DISTRICT COURT
## ~~SOUTHERN~~ MIDDLE DISTRICT OF FLORIDA

Case No. _____ – Civ (Judge's Last Name/Magistrate's Last Name)

SEP 22 2023 PM 12:15
FILED - USDC - FLMD - TPA

**Kermit Ty Poulson,**
(Full Name of Plaintiff/s),

8:23 CV 2142 SDM-UAM

Plaintiff(s)

vs.

**Land 'O Lakes jail, Justin Ross Brian Panvino, Pasco County Sherriff**
(Full Name of Defendant/s),

Defendant(s).

**Bruce L. Bartlett**

## COMPLAINT

I, **Kermitty Poulson**, plaintiff, in the above styled cause, sue defendant(s): **Brian Panvino, Justin Ross, Bruce L. Bartlett**.

This action is filed under (indicate under which federal law or section of the U.S. Constitution this action is being filed): **8TH Amendment violations, Article 1 Section 9, Florida Constitution, 5TH Amendment of the U.S. Const.**

Dated: Month, day, year        Respectfully submitted,

**Kermit Ty Poulson**
Name of Filer   Pro-se
Attorney Bar Number (if aplicable) Pro-se
Attorney E-mail Address (if applicable) Pro-se
Firm Name (if applicable) Pro-se
Street Address Pro-se
City, State, Zip Code Pro-se
Telephone: (xxx)xxx–xxxx  Typoulson247@gmail.com
Attorneys for Plaintiff/Defendant [Party Name(s)]
(if applicable)

rights, and subjected to Jail, and I paid $535.00 to get my car back out of the impound, and I was re-arrested for the same crime of "stalking," and excessive bail was imposed $7,500.00 with zero income, the bail was excessive, cruel and unusual, and I was incarcerated for 20 days, and I lost my car, because the sheriff told Best Auto Care to "move" my car off the impound lot, even though I had made arrangements with the LDS Church to have the Bishop drive it to the LDS Church for safe keeping. When I got to the car, the catalytic converter was gone, windows broke, side windows smashed, sand in gas tank, broken windshield, and everything stolen, the sheriff did nothing to Best Auto Care when I filed a police report, then I was asked lots of questions by Justin Ross, without being read any of my Miranda rights. I'm autumnastic and I did not set out to commit any crimes.

3. Bruce L. Bartlett, Attorney: I emailed the Double Jeopardy violation to Bruce L. Bartlett, who ignored my emails, and I also emailed him the emails Brian Panvino had sent to me. I asked that the case be then dismissed because of the Double Jeopardy clause that I stated. He erected communication barriers when I was acting pro-se, I fired Julius Hobbs, and I didn't commit any crimes. He is part of the Double Jeopardy problem because he is going off police reports that cannot be used against me, and must be suppressed, because I was not read my Miranda warnings, thus violating my rights.

4. Land O' Lakes Jail: I was denied a "medical mattress," 14 French Coloplast French catheters, causing insomnia, and spinal chord subluxation, causing injury and cruel and unusual jail conditions, I formally grieved it, and I was lied to by their response, I am now seeking damages of $50,000 for barriers erected, they had no ADA shoes, or non-slip mats, or bars, or correct ADA showers, when I complained that the jail sandals were "inadequate," they told me to shut up you stupid retarded cripple,

① (continued on Back)

1. Defendant Brian Panvino:
On Juneteenth June 17, 2023, I was invited by Brian Panvino, to a Father's Day event, through email, though He claimed I was "stalking him", and He called me a "Child Predator," and that is slander, Libel, and Defamation of character, pursuant 836.01, HB991, AND He violated the ADA by erecting a Barrier to the ADA, Because He refused to Dialogue, AND used the police to Arrest me, using Jail, and the carceral state as a Barrier to parenting with a Disability, thus violating the codes 836.01, HB991, ADA 1990. This caused me to lose my HONDA CR-V, AND my Livlihood, I'm seeking Damages $50,000.00 per code infraction x 3 totaling $150K. This caused Serious emotional pain and suffering, Loss of my car, financial property, AND it is a Hate Crime Done against the Disabled Further, It only made Parental alienation syndrome worse, and it is Ableism, Discrimination, because instead of a Father's Day in the park, it was a police Bait and switch, AND it was Done maliciously with Hate, He also refused to talk to my wife, Shaleesha Mariso's mother, of whom I'm reunited with and He called Her Several Hate crime words as well. (See Two Page Complaint)

2. Justin Ross - PASCO COUNTY Sherriff's Dept. Arrested me for "Stalking" twice creating a violation of the 5th Amendment, Section 9, Florida State Constitution of Statute. invading my privacy, AND I was not read my

Pasco Sheriff's Office
Professional Standards

# STATEMENT OF COMPLAINT

P.S.#: _____
(P.S. USE ONLY)

COMPLAINANT / WITNESS NAME: Kermit Ty Poulson    DOB: 05/16/1979

HOME ADDRESS: HOMELESS, TAMPA FLORIDA

BUSINESS ADDRESS: _____

HOME PHONE: (   )    BUSINESS PHONE: (   )    ADD'L PHONE: (   )

## DETAILS OF INCIDENT
(Please provide name and contact information for any witnesses.)

On June 17th 2023, I was invited in emails that I have shown my attorney Julius Hobbes and Todd Smith that Brian Panvino invited me to a "Father's Day Event." The emails were sent to Julius Hobbes and Todd Smith because I was in Gainesville, FL going back to New Orleans when Brian Panvino laid a bait and switch trap. I was arrested for "stalking" though no formal charges were applied, and I got to the station, and they released me on OR because I didn't stalk anybody. Also I was not read my rights, and then I was asked questions, and also the Sherriff's department searched my car, and towed it to Best Auto Care. I went there and after paying $535.00 was REARRESTED for STALKING, this creating a constitutional violation of double Jeopardy and this VIOLATED my rights.

The Law States"
Double Jeopardy in Florida
Article 1, Section 9 of the Florida Constitution states: " No person shall be deprived of life, liberty or property without due process of law, or be twice put in jeopardy for the same offense, or be compelled in any criminal matter to be a witness against oneself."

I was again NOT read my rights and asked questions by the POLICE on the way to the Jail, and this time I was not let out and did 20 days in jail, and $7,500.00 was imposed. This violated my 8th Amendment,

Unaffordable Bail. Monetary bail is excessive under the Eighth Amendment[7] (and not " reasonable" under the Florida Constitution [8]) when it is " higher than an amount reasonably calculated to fulfill" the state's pretrial interests.

Then my friend posted Bail, and I was harassed and followed by the Police all over DADE city, and Harassed and stopped and repeatedly asked questions.

EOR.
Kermit Ty Poulson

(Continued on reverse side)
PSO 1-0092 (Rev. 4/08)

(Continued from Page 1)

PERSON RECEIVING COMPLAINT: _____ DATE: _____

## CIVIL SUITS BROUGHT BY LAW ENFORCEMENT OR CORRECTIONAL OFFICERS

Florida State Statute 112.532(3) provides that "Every law enforcement officer or correctional officer shall have the right to bring civil suit against any person, group of persons, or organization or corporation, or the head of such organization or corporation, for damages, either pecuniary or otherwise, suffered during the performance of the officer's official duties, for the abridgment of the officer's civil rights arising out of the officer's performance of official duties, or for filing a complaint against the officer which the person knew was false when it was filed."

Initial: _____

## STATEMENT OF OATH

Florida State Statute 837.012 defines perjury when not in an official proceeding as a crime and established certain penalties for violation of that section. Accordingly, I advise you that whoever makes a false statement, which he or she does not believe to be true, under oath, not in an official proceeding, in regard to any material matter shall be guilty of a misdemeanor of the first degree, punishable by a term of imprisonment not exceeding 1 year.

Initial: KTP

I, __Kermit TY Poulson__, swear or attest that all the information I provide during this administrative investigation will be complete and accurate.

Signature of Complainant / Witness: K. Ty Poul
Date: 9/18/2023

**I'M MY OWN NOTARY PUBLIC ACTING PRO-SE**

STATE OF FLORIDA, COUNTY OF PASCO

The foregoing instrument was acknowledged before me this __9__ day of __18__, 20__23__ by __KermiTTY Poulson__ who produced __STATE FD__ as identification, and who did take an oath.

Signature of Notary Public: K. Ty Pul
Print Name of Notary Public: K. Ty Poulson
ACTIVIST ANTIFA.

PSO 1-0092 (Rev. 4/08)
Page 2

(708) 589-5833
5036 Dancing Bay LN
Wesley Chapel, FL 33543-7125

(1" from top of page, and centered, begin title of Court)

## UNITED STATES DISTRICT COURT
## ~~SOUTHERN~~ MIDDLE DISTRICT OF FLORIDA

Case No. _____ -CV-_____
(Judge's Last Name/Magistrate's Last Name)

Kermit Ty Poulson
_____
_____

(Full Name of Plaintiff/s) ,

    Plaintiff (s)

vs.

Brian Panvino
Bruce L. Bartlett,
Justin Ross, Land o' Lakes jail
(Full Name of Defendant/s),

    Defendant(s).
_____/

### TITLE OF DOCUMENT

I, __Kermit Ty Poulson__ [plaintiff or defendant], in the above styled cause, Pursuing 5TH AMEND, U.S. Constitution, Section 9 of the Florida STATE CONSTITUTION or STATUTE, 8TH AMENDMENT, of the excessive Bail Clause, Libel and Slander, Def. of Character, Florida STATUTE 836.01, HB991 "Libel, Slander, false Light, invasion of privacy" by Brian Panvino, ADA 1990 jail putting Barriers in Disabled incarceration.

## SERVICE LIST

TODD SMITH
Party or Attorney Name

Tsmith@rc2fl.com
Attorney E-mail Address *(if applicable)*

COMPTON AND Smith
Firm Name *(if applicable)*

3081, 8905 Regents Park Dr. Ste 210
Street Address

TAMPA, FL 33647
City, State, Zip Code

Telephone: 813-994-2026
Facsimile: 813-994-6984

TODD Smith,
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

UNKNOWN
Party or Attorney Name

UNKNOWN
Attorney E-mail Address *(if applicable)*

UNKNOWN
Firm Name *(if applicable)*

UNKNOWN
Street Address

UNKNOWN
City, State, Zip Code

Telephone: UNKNOWN
Facsimile: UNKNOWN

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

_Sept 18, 2023_
Dated: Month, day, year

Respectfully submitted,

_K. Ty Poulson_
Name of Filer

_pro-se_
Attorney Bar Number *(if applicable)*

_Tsmith@rc2fl.com_
Attorney E-mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

_pro, se_
Street Address

_____
City, State, Zip Code

Telephone: _____

Facsimile: _____

_____
Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing was served by _K. Ty Poulson_ [specify method of service] on _Sept 18, 2023_ [date] on all counsel or parties of record on the Service List below.

_K. Ty Pr___
Signature of Filer

## Certificate of Service*

**I hereby certify** that a true and correct copy of the foregoing was served by [specify method of service] on [date] on all counsel or parties of record on the Service List below.

_____
Signature of Filer

\*: a Certificate of Service is only required if filed conventionally (not through CM/ECF). see Section 3K(4), CM/ECF NextGen Administrative Procedures.